Ari D. Schneider
The Busch Law Group LLC
402 Main Street, Suite 203
Metuchen, New Jersey 08840
Attorneys for Plaintiff
*Harbortouch Payments, LLC.*
*f/k/a United Bank Card, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARBORTOUCH PAYMENTS, LLC, f/k/a UNITED BANK CARD, INC.<br><br>Plaintiff,<br><br>v.<br><br>DENALI STATE BANK, JOHN DOES (1-10) and JANE DOES (1-10), fictitious persons; and ABC CORPORATIONS (1-10), fictitious business entities,<br><br>Defendant. | **Document Electronically Filed**<br><br>Civil Action No. 3:14-cv-06049-JAP-LHG<br><br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

**TO: MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE that** the undersigned will apply to the above named Court for an Order to Show Cause with temporary restraints designating a date to be assigned by the Court, or as soon thereafter as counsel may be heard, pursuant to Rule 65, for preliminary and permanent injunctive relief.

```
                                THE BUSCH LAW GROUP LLC
                                Attorneys for Plaintiff
                                Harbortouch   Payments,   LLC,
                                f/k/a United Bank Card, Inc.

                                By: /s/Ari D. Schneider
                                    Ari D. Schneider
Dated: October 9, 2014
```