Ari D. Schneider
The Busch Law Group LLC
402 Main Street, Suite 203
Metuchen, New Jersey 08840
Attorneys for Plaintiff
*Harbortouch Payments, LLC.*
*f/k/a United Bank Card, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARBORTOUCH PAYMENTS, LLC, f/k/a UNITED BANK CARD, INC. | **Document Electronically Filed** |
| Plaintiff, | Civil Action No. 3:14-cv-06049-JAP-LHG |
| v. | |
| DENALI STATE BANK, JOHN DOES (1-10) and JANE DOES (1-10), fictitious persons; and ABC CORPORATIONS (1-10), fictitious business entities, | **ORDER** |
| Defendant. | |

**THIS MATTER** being opened before this Court by Plaintiff, Harbortouch Payments, LLC, f/k/a United Bank Card, Inc. ("Plaintiff"), by and through its attorneys, The Busch Law Group LLC (Ari D. Schneider, Esq. as counsel of record), on Plaintiff's application for temporary restraints and a preliminary injunction pursuant to Rule 65 and Local Rule 65.1 and based upon the facts set forth in the Plaintiff's Verified Complaint and supporting

Declaration filed herewith; and notice being provided to Defendant, Denali State Bank ("Defendant"); and for good cause being shown;

**IT IS** on this _____ day of _____, 2014, hereby

**ORDERED** that Defendant is permanently restrained and enjoined from soliciting and converting Plaintiff's Merchants; and it is further

**ORDERED** that Defendant is permanently restrained and enjoined from imposing financial risk and/or undue economic hardship upon Plaintiff; and it is further

**ORDERED** that any further relief sought by Plaintiff shall be considered by the American Arbitration Association pursuant to a *Dispute Resolution* provision in the Agreement between Plaintiff and Defendant; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within _____ days hereof.

_____

Opposed _____

Unopposed _____