Ari D. Schneider
The Busch Law Group LLC
402 Main Street, Suite 203
Metuchen, New Jersey 08840
Attorneys for Plaintiff
*Harbortouch Payments, LLC.*
*f/k/a United Bank Card, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARBORTOUCH PAYMENTS, LLC, f/k/a UNITED BANK CARD, INC. | **Document Electronically Filed** |
| Plaintiff, | Civil Action No. 3:14-cv-06049-JAP-LHG |
| v. | |
| DENALI STATE BANK, JOHN DOES (1-10) and JANE DOES (1-10), fictitious persons; and ABC CORPORATIONS (1-10), fictitious business entities, | **CERTIFICATION OF SERVICE** |
| Defendant. | |

**Ari D. Schneider**, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and am Counsel with the Busch Law Group LLC, attorneys for Plaintiff, Harbortouch Payments, LLC, f/k/a United Bank Card, Inc. ("Plaintiff").

2. On this date, my office electronically filed a Notice of Motion for Preliminary Injunction, with an Order to Show Cause with Temporary Restraints; Memorandum of Law,

with exhibits, in support of said motion and requested relief; Declaration of Terrence P. Sullivan, with exhibits, in support of said motion and requested relief; Order to Show Cause; Proposed Form of Order; and, this Certification of Service upon the Clerk pursuant to Local Rule 65.1(b).

3. Also on this date, my office served courtesy copies of the foregoing documents, via priority mail, to the following people:

>Hon. Joel A. Pisano, U.S.D.J.
>Clarkson S. Fisher Building
>& U.S. Courthouse
>402 East State Street
>Court Room 1
>Trenton, NJ 08608

>Hon. Lois H. Goodman, U.S.M.J.
>Clarkson S. Fisher Building
>& U.S. Courthouse
>402 East State Street
>Court Room 7E
>Trenton, NJ 08608

>Jonathan S. Liss, Esq.
>Gibbons, P.C.
>One Gateway Center
>Newark, NJ 07102-5310

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

/s/ *Ari D. Schneider*
Ari D. Schneider

Dated: October 9, 2014